141 So. 717

### William E. FRENCH v. STATE.

### 4 Div. 640.

Supreme Court of Alabama.

May 12, 1932.

Sollie & Sollie, of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, J.

Petition of William E. French for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in French v. State, 141 So. 713.

Writ denied.

GARDNER, FOSTER, and KNIGHT, JJ., concur.

141 So. 914

### Ex parte W. L. PARKS, Judge, etc.

### 4 Div. 641.

Supreme Court of Alabama.

May 12, 1932.

M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for petitioner.

C. L. Rowe, of Elba, opposed.

FOSTER, J.

Petition of W. L. Parks, as Judge of the Circuit Court of Coffee County, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Ex parte Bowdoin (Ala. App.) 141 So. 911.

Writ denied.

GARDNER, BOULDIN, and KNIGHT, JJ., concur.